# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JEREMY TILLMAN,

      Appellant,

v.

Case Nos.  5D22-1430
              5D22-1431
LT Case Nos. 2021-CF-001388-A
              2020-CF-000081-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed March 14, 2023

Appeal from the Circuit Court
for Seminole County,
Donna L. Mcintosh, Judge.

Matthew J. Metz, Public Defender,
and Kathryn R. Radtke, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Rebecca Rock
McGuigan, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

      AFFIRMED.

LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.